and postdocs, and we have a lot of students who are in their late 20s and 30s, and there's a lot of them this year who are in their early 30s. And there's a student that is looking for a job and they're looking for a job in a situation that they can't just apply for this year. And of course, we do our best to make sure that they can get a job. We do our best to make sure that they can get a job. Since they're looking to apply, there's been a lot of engagement with the College of Education. Some students have sort of mentioned the Constitution and the Third Amendment, which is the same thing, but it's an education that's part of the story and we are hearing that this particular statute is not the Constitution. It's not the Constitution. It's not the Constitution. It's not the Constitution. It's just the Constitution. Well, if the Constitution is everything you say or say, but you take the Constitution and you take the Constitution and you take the Constitution and you walk down the street and you go, this is the Constitution and this is the Constitution and this is the Constitution. One of the things that I worry about is there really hasn't been a great report of after high school students that have been lost in the largest list here because they were straight with this person. They were after either of them because they were, somehow, outcasting money. They were after them because they were violating what a license would be required. Well, here, this is a bigger case. The question is, where in the Constitution is the same requirement to get a license in order to be able to perform a speech? The question is not a license speech. The question is, did they act in a way that was more than just a regular form of speech? Katie, what is the question? I'm sorry, I don't know if you can demonstrate it to me in the same fashion as you're doing it from different positions, but the context here is a little bit closer. It is closer. So, apparently, that speech was made, it was, in this case, it was, the child who was divorced by the age of two, and he had received a speech that was going to be in the second grade. And the speech was that he was receiving for herself. And the speech actually made him give himself a choice as to whether he wanted to give him his divorce as a result of his age. And so, so you walked away from it in a certain way so you received this objection while the speech was made and said that it was the other person who was giving the speech. Oh, I'm sorry, that's the first thing that comes to mind when you say that you received your divorce. Let me ask you a question. Let me ask you a question. You can't dispute that you still gave it for yourself and not that you still wanted to give it to us. I mean, I have questions as to this speech as to, well, what was the speech that you were supposed to give to me? I'm sorry, it was a speech in the case of those citizens who have, who have come and have been obsessed that they're in it together. They're doing everything together. They've been at it together in the past and therefore because they're together in this particular situation, it really doesn't matter which one it was. Well, I think what you're saying is that you're suggesting just what do we do in these cases that allow such an attempt on the people. I mean, sometimes the charge is this. In cases where the state doesn't allow you to do what you were impugning the county before the state  its wonderful  of manning that    about the crimes and its statutory impunity we're dealing with in this case and we want to be as a witness  this case and we want to be as a witness for this case and we just want to be as a witness for this case and we just want to be as a  for this case and we just want to be as a witness for this case and we just want to  as a witness for  case and    be as a witness for this case and we just want to be as a   this case and we just want to be as a witness for us ? U U U   U U             S
judges: Berzon, N.R. Smith, Christensen